Richard M. Pachulski (CA Bar No. 90073)
James I. Stang (CA Bar No. 94435)
Dean A. Ziehl (CA Bar No. 84529)
Linda F. Cantor (CA Bar No. 153762)
Debra I. Grassgreen (CA Bar No. 169978)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910 / Facsimile: 310/201-0760
Email:   rpachulski@pszjlaw.com
         jstang@pszjlaw.com
         dziehl@pszjlaw.com
         lcantor@pszjlaw.com
         dgrassgreen@pszjlaw.com

Proposed Attorneys for Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>American Suzuki Motor Corporation,[1]<br><br>Debtor. | Case No.: 8:12-bk-22808 (SC)<br><br>Chapter 11<br><br>**STIPULATION REGARDING MOTION OF DEBTOR FOR ORDER (A) PROHIBITING UTLITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE, AND (B) DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES** |

American Suzuki Motor Corporation, the above-captioned debtor and debtor in possession (the **"Debtor"**), and Southern California Edison Company ("**Edison**" and, together with the Debtor, the "**Parties**"), hereby jointly submit this stipulation (the "**Stipulation**") regarding the *Motion of Debtor for Order (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, and (B) Determining Adequate Assurance of Payment for Future Utility Services* [Docket No. 18] and state as follows:

**RECITALS**

WHEREAS, on November 5, 2012 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**");

---
[1] The last four digits of the Debtor's federal tax identification number are 8739. The Debtor's address is: 3251 East Imperial Highway, Brea, California 92821.

DOCS_NY:28718.2 12832/002

WHEREAS, the Debtor filed the Motion on the Petition Date;

WHEREAS, pursuant to the Motion, the Debtors seek, among other things, (i) to prohibit Edison from altering, refusing, or discontinuing services to the Debtor without further order of this Court and (ii) to provide a cash deposit to Edison in an amount equal to two weeks of the Debtor's estimated average monthly cost of services provided by Edison as adequate assurance of payment pursuant to section 366 of the Bankruptcy Code;

WHEREAS, on November 20, 2012, Edison filed the *Opposition to Motion of Debtor for Order (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, and (B) Determining Adequate Assurance of Payment for Future Utility Services* [Docket No. 173] (the "**Opposition**");

WHEREAS the Parties desire to conserve judicial resources and administrative costs; and

WHEREAS the Parties intend that the above recitals be included in the Stipulation and hereby do incorporate the recitals into this Stipulation.

## STIPULATION

The Parties hereto, intending to be legally bound, stipulate and agree to the entry of an Order of the Court that provides as follows:

1. Edison shall not be prevented from terminating utility services, consistent with the procedures set forth under applicable state law, regulations and tariffs, if the Debtor becomes delinquent on post-petition utility services and procedures related thereto, and Edison shall not be prohibited from exercising its state law rights, as set forth in applicable state laws, regulations and/or tariffs, to terminate the Debtor's utility service for post-petition payment default or any other lawful reason after the Petition Date, provided that the Debtor retains its right to seek relief from this Court in connection therewith as permitted by applicable law.

2. Debtor shall provide Edison a cash deposit in the amount of $23,300.00 within twenty-one (21) days after the entry of an Order approving this Stipulation.

3. Upon receipt of the deposit, Edison agrees that it will be deemed to have received adequate assurance of payment in accordance with section 366 of the Bankruptcy Code.

4. Upon Court approval of this Stipulation, Edison's Opposition shall be deemed withdrawn.

5. This Stipulation is subject to the approval of the Court.

6. This Stipulation shall be effective and binding upon the Parties upon entry of an Order of the Court approving this Stipulation, and shall govern the rights between the Debtor and Edison notwithstanding anything to the contrary contained in any order of this Court approving the Motion.

7. This Stipulation may be executed in any number of counterparts, each of which, when executed and delivered, shall be deemed to be an original, and all of which, when taken together, shall constitute one and the same agreement.

Dated:  December 5, 2012

PACHULSKI STANG ZIEHL & JONES LLP

By:  */s/ John W. Lucas*
    Richard M. Pachulski
    James I. Stang
    Dean A. Ziehl
    Linda F. Cantor
    Debra I. Grassgreen

Proposed Attorneys for Debtor
and Debtor in Possession

DATED:  December 3, 2012

PATRICIA A. CIRUCCI
LAURA A. MEYERSON
CARLA M. BLANC

By:  */s/ Carla M. Blanc*
    Carla M. Blanc

Attorneys for Utility, Southern California Edison Company

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

150 California Street, 15th Floor, San Francisco, CA 94111

A true and correct copy of the document entitled (*specify*): *STIPULATION REGARDING MOTION OF DEBTOR FOR ORDER (A) PROHIBITING UTLITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE, AND (B) DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 5, 2012**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **December 5, 2012**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
U.S. Bankruptcy Court
411 West Fourth Street, Courtroom 5C
Santa Ana, CA  92701-4593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 5, 2012**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12-5-12 | Kati L. Suk | */s/ Kati L. Suk* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:261111.4 12832/002

Service List:

Via NEF:

- Jason W Bank    jbank@kerr-russell.com, vmckinnie@kerr-russell.com
- Martin R Barash    mbarash@ktbslaw.com
- Michael J Bujold    Michael.J.Bujold@usdoj.gov
- Frank Cadigan    frank.cadigan@usdoj.gov
- Charles Canter    charles.canter@usdoj.gov
- Linda F Cantor    lcantor@pszjlaw.com, lcantor@pszjlaw.com
- George B Cauthen    george.cauthen@nelsonmullins.com, steve.morrison@nelsonmullins.com;jody.bedenbaugh@nelsonmullins.com;steve.mckelvey@nelsonmullins.com;joan.kishline@nelsonmullins.com
- Wendy Chang    wchang@hinshawlaw.com
- Shirley Cho    scho@pszjlaw.com
- Shawn M Christianson    cmcintire@buchalter.com
- Donald H Cram    dhc@severson.com
- Joseph A Eisenberg    jae@jmbm.com
- Andrew S Elliott    ase@severson.com
- Scott Ewing    contact@omnimgt.com, sewing@omnimgt.com
- William A Frazell    bk-bfrazell@oag.state.tx.us
- Barry V Freeman    bfreeman@jmbm.com, bfreeman@jmbm.com
- Donald L Gaffney    dgaffney@swlaw.com
- Duane M Geck    dmg@severson.com
- Debra I Grassgreen    dgrassgreen@pszyjw.com
- Eric M Heller    eric.m.heller@irscounsel.treas.gov
- Teddy M Kapur    tkapur@pszjlaw.com
- Andy Kong    Kong.Andy@ArentFox.com
- Kristin R Lamar    nclgign@hotmail.com
- Kenneth T Law    ken@bbslaw.com
- John W Lucas    jlucas@pszjlaw.com
- Kerri A Lyman    klyman@irell.com
- Gabriel R Macconaill    gmacconaill@sidley.com
- Laura A Meyerson    laura.meyerson@sce.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- David M Poitras    dpoitras@jmbm.com
- Jeffrey M. Reisner    jreisner@irell.com
- Susan K Seflin    sseflin@wrslawyers.com
- James Stang    jstang@pszjlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Kimberly S Winick    kwinick@clarktrev.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com

Via US Mail

| | | |
|---|---|---|
| Committee Member<br>Advantage Suzuki LLC<br>James Morrell<br>760 Central Ave.<br>Albany, NY 12206 | Committee Member<br>Ball Automotive Group – Ball Suzuki<br>John Ball<br>1935 National City Blvd.<br>National City, CA 91950 | Committee Member<br>Suzuki of Wichita East, LLC<br>Scott Pitman<br>11610 E. Kellogg<br>Wichita, KS 97207 |
| Committee Member<br>Siltanen, Inc.<br>dba Siltanen & Partners Advertising<br>Tim Murphy<br>353 Coral Circle<br>El Segundo, CA 90245 | Committee Member<br>Royal Suzuki<br>Brad Smith<br>2621 Cedar Lodge Drive<br>Baton Rouge, LA 70809 | Committee Member<br>Planet Suzuki<br>Helmi Felfel<br>110 Northchase Dr.<br>Charlotte, NC 28213 |
| Committee Member<br>D2K, Inc.<br>dba Suzuki of Huntsville, Shoals Suzuki<br>and Varsity Suzuki<br>c/o Thomas E. Baddley, Jr.<br>850 Shades Creek Parkway<br>Suite 310<br>Birmingham, AL 35209 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Securities & Exchange Commission<br>5670 Wilshire Blvd., 1th Floor<br>Los Angeles, CA 90036 |
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 | US Attorney General<br>US Dept. of Justice<br>Ben Franklin Station<br>PO Box 683<br>Washington, DC 20044 | Franchise Tax Board CA<br>Bankruptcy Section, MS: A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| State Board of Equalization<br>Attn: Special Procedures Section<br>PO Box 942879, 450 N. St.<br>Sacramento, CA 95814 | Missouri Dept. of Revenue<br>Bankruptcy Unit<br>Attn: Steven A. Ginther<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 | Tennessee Department of Revenue<br>c/o Tennessee Attorney General's Office, Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207 |
| Michael G. Wilson<br>One Energy Plaza<br>Jackson, MI 49201 | | |

Via Email:

| | | |
|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors<br>Jeffrey M. Resiner, Esq.<br>Kerri A. Lyman, Esq.<br>Irell & Manella LLP<br>840 Newport Center Drive<br>Suite 400<br>Newport Beach, CA 92660-6324<br>Email:  jreisner@irell.com<br>            klyman@irell.com | Counsel for Suzuki Motor Corporation<br>Klee Tuchin Bogdanoff & Stern LLP<br>Michael L. Tuchin, Lee R. Bogdanoff<br>Martin R. Barash & David A. Fidler<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, CA  90067<br>Email:   mtuchin@ktbslaw.com<br>             lbogdanoff@ktbslaw.com<br>             mbarash@ktbslaw.com<br>             dfidler@ktbslaw.com | Office of the United States Trustee<br>Frank Cadigan<br>Michael J. Bujold<br>411 W Fourth Street, Ste 9041<br>Santa Ana, CA 92701<br>Email:<br>ustpregion16.sa.ecf@usdoj.gov;<br>         Michael.j.bujold@usdoj.gov |

| Counsel for GE Commercial Distribution Finance and GE Capital Retail Bank<br>Larry J. Nyhan<br>Gabriel MacConaill<br>Sidley Austin LLP<br>1 South Dearborn<br>Chicago, IL 60603<br>Email:  lnyhan@sidley.com<br>        gmacconaill@sidley.com | Counsel for the Texas Comptroller of Accounts<br>William A. Frazell, Assistant Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>Email: bill.frazell@texasattorneygeneral.gov | Counsel to Nissan Motor Acceptance Corporation<br>Duane M. Geck<br>Andrew S. Elliot<br>Donald H. Cram<br>Severson & Werson, P.C.<br>One Embarcadero Center, 2600<br>San Francisco, CA 94111<br>Fax: 415-956-0439<br>Emil:  dmg@severson.com<br>        ase@severson.com<br>        dhc@severson.com |
|---|---|---|
| Counsel for American Suzuki Motor Corporation<br>George B. Cauthen, Esq.<br>Nelson Mullins Riley & Scarborough, LLP<br>1320 Main St., 17th Floor<br>P.O. Box 11070<br>Columbia, SC 29201<br>Email:<br>George.cauthen@nelsonmullins.com<br>jody.bedenbaugh@nelsonmullins.com<br>steve.morrison@nelsonmullins.com<br>steve.mckelvey@nelsonmullins.com | Counsel for Oracle USA, Inc.<br>Shawn M. Christianson, Esq.<br>Buchalter Nemer<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>Email: schristianson@buchalter.com | Counsel for Classic Suzuki, LLC<br>Wallace Jordan Ratliff & Brandt LLC<br>c/o Stephen P. Leara, Esq<br>PO Box 530910<br>Birmingham, AL 35253<br>Email:  sleara@wallacejordan.com<br>        gwlee@wallacejordan.com |
| Counsel for United Parcel Service, Inc.<br>Lawrence M. Schwab, Esq.<br>Kenneth T. Law, Esq.<br>Bialson Bergen & Schwab<br>A Professional Corporation<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA 94306<br>Email:  klaw@bbslaw.com | Counsel to Ally Financial<br>Charles M. Tatelbaum<br>Hinshaw & Culbertson LLP<br>One East Broward Blvd., Ste 1010<br>Ft. Lauderdale, FL 33301<br>Email: ctatelbaum@hinshawlaw.com | Counsel for EPLICA, Inc.<br>Nikhil Chawla, Esq.<br>Kristin Lamar, Esq.<br>New Chapter Law Group<br>2121 Palomar Airport Road, Suite 110<br>Carlsbad, CA 92011<br>Email: attorney@newchapterlaw.com |
| Counsel to Ally Financial<br>Desmond J. Hinds<br>Filomena E. Meyer<br>Hinshaw & Culberton LLP<br>11601 Wilshire Blvd., Ste 800<br>Los Angeles, CA 90025<br>Email: dhinds@hinshawlaw.com<br>        fmeyer@hinshawlaw.com | Counsel to Fitzgerald Auto Mall, Inc., Wheaton Motor City, Inc. and Fitzgerald Motors, Inc.<br>ARENT FOX LLP<br>Attn: Andy S. Kong, Esq.<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013<br>Email:  kong.andy@arentfox.com | Counsel to Ally Financial<br>Esperanza Segarra<br>Hinshaw & Culbertson LLP<br>25254 Ponce de Leon Blvd., 4th Floor<br>Coral Gables, FL 33134<br>Email:  esegarra@hinshawlaw.com |
| Counsel to SunTrust Bank<br>Robert K. Imperial, Esq.<br>Williams Mullen<br>PO Box 1000<br>Raleigh, NC 27602<br>Email: rimperial@williamsmullen.com | | |