Richard M. Pachulski (CA Bar No. 90073)
James I. Stang (CA Bar No. 94435)
Dean A. Ziehl (CA Bar No. 84529)
Linda F. Cantor (CA Bar No. 153762)
Debra I. Grassgreen (CA Bar No. 169978)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910 / Facsimile: 310/201-0760
Email:    rpachulski@pszjlaw.com
          jstang@pszjlaw.com
          dziehl@pszjlaw.com
          lcantor@pszjlaw.com
          dgrassgreen@pszjlaw.com

Proposed Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| In re:<br><br>American Suzuki Motor Corporation,[1]<br><br>Debtor. | Case No.: 8:12-bk-22808-SC<br><br>Chapter 11<br><br>**NOTICE OF ADJOURNMENT OF HEARING REGARDING THE APPROVAL OF BIDDING PROCEDURES FOR THE SALE AND AUCTION OF ASSET**<br>**(Related Docket Nos. 16 and 128]**<br><br>Hearing on Bid Procedures:<br>Date:    December 20, 2012<br>Time:    11:00 a.m. (Pacific)<br>Location: Courtroom 5C<br>         411 West Fourth St.<br>         Santa Ana, California<br>Judge:   Honorable Scott C. Clarkson |
|---|---|

**TO THE HONORABLE SCOTT C. CLARKSON, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR'S PREPETITION AND POSTPETITION LENDER, THE CREDITORS' COMMITTEE, ALL ENTITIES KNOWN TO HAVE ASSERTED ANY INTERESTS IN OR UPON THE PURCHASED ASSETS, AND PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE THAT** on November 5, 2012, American Suzuki Motor

Corporation, the above-captioned debtor and debtor in possession (the "Debtor"), filed a motion

**[Docket No. 16]** (the "Motion"), pursuant to sections 105, 363 and 365 of title 11 of the United

States Code (the "Bankruptcy Code"), Federal Rules of Bankruptcy Procedure 2002, 6004, 6006 and

---

[1] The last four digits of the Debtor's federal tax identification number are 8739. The Debtor's address is: 3251 East Imperial Highway, Brea, California 92821.

DOCS_SF:82007.1 12832/002

9014 (the "Bankruptcy Rules"), and Local Bankruptcy Rule 6004-1, for approval of certain procedures to conduct a sale of substantially all of the Debtor's assets relating to the acquired business  and for approval, at a subsequent hearing, of the sale of the applicable assets (referred to herein as the "Purchased Assets") to the highest bidder that complies with the applicable procedures.

**PLEASE TAKE FURTHER NOTICE THAT** on **December 20, 2012 at 11:00 a.m. (Pacific)**[2] the Debtor will seek approval of the following proposed sale procedures, including the overbid provisions (the "Bid Procedures"), set forth in the proposed order attached to the Motion as Exhibit A (the "Bid Procedures Order"), in connection with the proposed sale at auction (the "Auction") of the Purchased Assets, pursuant to the terms of the *Asset Purchase Agreement* (the "APA")[3] (substantially in the form attached to the Motion as Exhibit B), free and clear of all liens, claims, interests and encumbrances, to NounCo, Inc. (the "Stalking Horse Bidder" or "Purchaser") (a transaction vehicle formed by the Suzuki Motor Corporation ("SMC")), or such other party making a higher and better bid at the Auction, pursuant to sections 105 and 363(b), (f), and (m) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that deadline to object to the proposed Bid Procedures has passed for all parties in interest except the Official Committee of Unsecured Creditors and the Office of the United States Trustee.  Any response or object filed by such parties must be in writing and filed with the Court and served upon: (i) counsel to the Debtor, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., Suite 1300, Los Angeles, CA 90067, Telephone: 310-277-6910, Facsimile: 310-201-0760, Attn: Linda F. Cantor and John W. Lucas; (ii) counsel to any official committee appointed in this case; (iii) Office of the United States Trustee, 411 W. 4th Street, Suite 9041, Santa Ana, CA 92701, Attn: Michael J. Bujold; and (iv) counsel for Suzuki Motor Corporation; Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Stars, 39th

---

[2] The hearing on the approval of the Bid Procedures was previously scheduled on December 6, 2012 at 11:00 a.m. (Pacific).

[3] Capitalized terms not defined herein shall have the meanings set forth in the Bid Procedures or APA, as applicable.

DOCS_SF:82007.1 12832/002

Floor, Los Angeles, CA 90067-6049 Attn: Lee R. Bogdanoff, Michael L. Tuchin, & David A. Fidler **by no later than December 12, 2012 at 4:00 p.m. (Pacific)**. Any reply the Debtor must be filed **on or before December 16, 2012 at 4:00**. Pursuant to Local Bankruptcy Rule 9013-1(h), the failure to timely file and serve a written opposition may be deemed by the Court to be consent to the granting of the relief requested at the Hearing.

Dated:   December 5, 2012                    PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ John W. Lucas*
    Richard M. Pachulski
    James I. Stang
    Dean A. Ziehl
    Linda F. Cantor
    Debra I. Grassgreen

Proposed Attorneys for Debtor and
Debtor in Possession

3

DOCS_SF:82007.1 12832/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

150 California Street, 15th Floor, San Francisco, CA 94111

A true and correct copy of the document entitled (*specify*): *NOTICE OF ADJOURNMENT OF HEARING REGARDING THE APPROVAL OF BIDDING PROCEDURES FOR THE SALE AND AUCTION OF ASSET* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 5, 2012**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **December 5, 2012**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
U.S. Bankruptcy Court
411 West Fourth Street, Courtroom 5C
Santa Ana, CA  92701-4593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 5, 2012**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12-5-12 | Kati L. Suk | */s/ Kati L. Suk* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

DOCS_SF:82007.1 12832/002

Service List:

Via NEF:

- Jason W Bank    jbank@kerr-russell.com, vmckinnie@kerr-russell.com
- Martin R Barash    mbarash@ktbslaw.com
- Michael J Bujold    Michael.J.Bujold@usdoj.gov
- Frank Cadigan    frank.cadigan@usdoj.gov
- Charles Canter    charles.canter@usdoj.gov
- Linda F Cantor    lcantor@pszjlaw.com, lcantor@pszjlaw.com
- George B Cauthen    george.cauthen@nelsonmullins.com, steve.morrison@nelsonmullins.com;jody.bedenbaugh@nelsonmullins.com;steve.mckelvey@nelsonmullins.com;joan.kishline@nelsonmullins.com
- Wendy Chang    wchang@hinshawlaw.com
- Shirley Cho    scho@pszjlaw.com
- Shawn M Christianson    cmcintire@buchalter.com
- Donald H Cram    dhc@severson.com
- Joseph A Eisenberg    jae@jmbm.com
- Andrew S Elliott    ase@severson.com
- Scott Ewing    contact@omnimgt.com, sewing@omnimgt.com
- William A Frazell    bk-bfrazell@oag.state.tx.us
- Barry V Freeman    bfreeman@jmbm.com, bfreeman@jmbm.com
- Donald L Gaffney    dgaffney@swlaw.com
- Duane M Geck    dmg@severson.com
- Debra I Grassgreen    dgrassgreen@pszyjw.com
- Eric M Heller    eric.m.heller@irscounsel.treas.gov
- Teddy M Kapur    tkapur@pszjlaw.com
- Andy Kong    Kong.Andy@ArentFox.com
- Kristin R Lamar    nclgign@hotmail.com
- Kenneth T Law    ken@bbslaw.com
- John W Lucas    jlucas@pszjlaw.com
- Kerri A Lyman    klyman@irell.com
- Gabriel R Macconaill    gmacconaill@sidley.com
- Laura A Meyerson    laura.meyerson@sce.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- David M Poitras    dpoitras@jmbm.com
- Jeffrey M. Reisner    jreisner@irell.com
- Susan K Seflin    sseflin@wrslawyers.com
- James Stang    jstang@pszjlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Kimberly S Winick    kwinick@clarktrev.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

Via US Mail

| | | |
|---|---|---|
| Committee Member<br>Advantage Suzuki LLC<br>James Morrell<br>760 Central Ave.<br>Albany, NY 12206 | Committee Member<br>Ball Automotive Group – Ball Suzuki<br>John Ball<br>1935 National City Blvd.<br>National City, CA 91950 | Committee Member<br>Suzuki of Wichita East, LLC<br>Scott Pitman<br>11610 E. Kellogg<br>Wichita, KS 97207 |
| Committee Member<br>Siltanen, Inc.<br>dba Siltanen & Partners Advertising<br>Tim Murphy<br>353 Coral Circle<br>El Segundo, CA 90245 | Committee Member<br>Royal Suzuki<br>Brad Smith<br>2621 Cedar Lodge Drive<br>Baton Rouge, LA 70809 | Committee Member<br>Planet Suzuki<br>Helmi Felfel<br>110 Northchase Dr.<br>Charlotte, NC 28213 |
| Committee Member<br>D2K, Inc.<br>dba Suzuki of Huntsville, Shoals Suzuki<br>and Varsity Suzuki<br>c/o Thomas E. Baddley, Jr.<br>850 Shades Creek Parkway<br>Suite 310<br>Birmingham, AL 35209 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Securities & Exchange Commission<br>5670 Wilshire Blvd., 1th Floor<br>Los Angeles, CA 90036 |
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 | US Attorney General<br>US Dept. of Justice<br>Ben Franklin Station<br>PO Box 683<br>Washington, DC 20044 | Franchise Tax Board CA<br>Bankruptcy Section, MS: A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| State Board of Equalization<br>Attn: Special Procedures Section<br>PO Box 942879, 450 N. St.<br>Sacramento, CA 95814 | Missouri Dept. of Revenue<br>Bankruptcy Unit<br>Attn: Steven A. Ginther<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 | Tennessee Department of Revenue<br>c/o Tennessee Attorney General's Office, Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207 |
| Michael G. Wilson<br>One Energy Plaza<br>Jackson, MI 49201 | | |

Via Email:

| | | |
|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors<br>Jeffrey M. Resiner, Esq.<br>Kerri A. Lyman, Esq.<br>Irell & Manella LLP<br>840 Newport Center Drive<br>Suite 400<br>Newport Beach, CA 92660-6324<br>Email:  jreisner@irell.com<br>         klyman@irell.com | Counsel for Suzuki Motor Corporation<br>Klee Tuchin Bogdanoff & Stern LLP<br>Michael L. Tuchin, Lee R. Bogdanoff<br>Martin R. Barash & David A. Fidler<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, CA  90067<br>Email:   mtuchin@ktbslaw.com<br>         lbogdanoff@ktbslaw.com<br>         mbarash@ktbslaw.com<br>         dfidler@ktbslaw.com | Office of the United States Trustee<br>Frank Cadigan<br>Michael J. Bujold<br>411 W Fourth Street, Ste 9041<br>Santa Ana, CA 92701<br>Email:<br>ustpregion16.sa.ecf@usdoj.gov;<br>       Michael.j.bujold@usdoj.gov |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_SF:82007.1 12832/002

| | | |
|---|---|---|
| Counsel for GE Commercial Distribution Finance and GE Capital Retail Bank<br>Larry J. Nyhan<br>Gabriel MacConaill<br>Sidley Austin LLP<br>1 South Dearborn<br>Chicago, IL 60603<br>Email:   lnyhan@sidley.com<br>            gmacconaill@sidley.com | Counsel for the Texas Comptroller of Accounts<br>William A. Frazell, Assistant Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>Email: bill.frazell@texasattorneygeneral.gov | Counsel to Nissan Motor Acceptance Corporation<br>Duane M. Geck<br>Andrew S. Elliot<br>Donald H. Cram<br>Severson & Werson, P.C.<br>One Embarcadero Center, 2600<br>San Francisco, CA 94111<br>Fax: 415-956-0439<br>Emil:   dmg@severson.com<br>            ase@severson.com<br>            dhc@severson.com |
| Counsel for American Suzuki Motor Corporation<br>George B. Cauthen, Esq.<br>Nelson Mullins Riley & Scarborough, LLP<br>1320 Main St., 17th Floor<br>P.O. Box 11070<br>Columbia, SC 29201<br>Email:<br>George.cauthen@nelsonmullins.com<br>jody.bedenbaugh@nelsonmullins.com<br>steve.morrison@nelsonmullins.com<br>steve.mckelvey@nelsonmullins.com | Counsel for Oracle USA, Inc.<br>Shawn M. Christianson, Esq.<br>Buchalter Nemer<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>Email: schristianson@buchalter.com | Counsel for Classic Suzuki, LLC<br>Wallace Jordan Ratliff & Brandt LLC<br>c/o Stephen P. Leara, Esq<br>PO Box 530910<br>Birmingham, AL 35253<br>Email: sleara@wallacejordan.com<br>            gwlee@wallacejordan.com |
| Counsel for United Parcel Service, Inc.<br>Lawrence M. Schwab, Esq.<br>Kenneth T. Law, Esq.<br>Bialson Bergen & Schwab<br>A Professional Corporation<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA 94306<br>Email:  klaw@bbslaw.com | Counsel to Ally Financial<br>Charles M. Tatelbaum<br>Hinshaw & Culbertson LLP<br>One East Broward Blvd., Ste 1010<br>Ft. Lauderdale, FL 33301<br>Email: ctatelbaum@hinshawlaw.com | Counsel for EPLICA, Inc.<br>Nikhil Chawla, Esq.<br>Kristin Lamar, Esq.<br>New Chapter Law Group<br>2121 Palomar Airport Road, Suite 110<br>Carlsbad, CA 92011<br>Email: attorney@newchapterlaw.com |
| Counsel to Ally Financial<br>Desmond J. Hinds<br>Filomena E. Meyer<br>Hinshaw & Culberton LLP<br>11601 Wilshire Blvd., Ste 800<br>Los Angeles, CA 90025<br>Email:  dhinds@hinshawlaw.com<br>            fmeyer@hinshawlaw.com | Counsel to Fitzgerald Auto Mall, Inc., Wheaton Motor City, Inc. and Fitzgerald Motors, Inc.<br>ARENT FOX LLP<br>Attn: Andy S. Kong, Esq.<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013<br>Email:  kong.andy@arentfox.com | Counsel to Ally Financial<br>Esperanza Segarra<br>Hinshaw & Culbertson LLP<br>25254 Ponce de Leon Blvd., 4th Floor<br>Coral Gables, FL 33134<br>Email:  esegarra@hinshawlaw.com |
| Counsel to SunTrust Bank<br>Robert K. Imperial, Esq.<br>Williams Mullen<br>PO Box 1000<br>Raleigh, NC 27602<br>Email: rimperial@williamsmullen.com | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                    **F 9013-3.1.PROOF.SERVICE**

DOCS_SF:82007.1 12832/002