|   |   |
|---|---|
| Richard M. Pachulski (CA Bar No. 90073)<br>James I. Stang (CA Bar No. 94435)<br>Dean A. Ziehl (CA Bar No. 84529)<br>Linda F. Cantor (CA Bar No. 153762)<br>Debra I. Grassgreen (CA Bar No. 169978)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067-4100<br>Telephone: 310/277-6910 / Facsimile: 310/201-0760<br>Email:   rpachulski@pszjlaw.com<br>          jstang@pszjlaw.com<br>          dziehl@pszjlaw.com<br>          lcantor@pszjlaw.com<br>          dgrassgreen@pszjlaw.com<br><br>Proposed Attorneys for Debtor<br>and Debtor in Possession |  |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>American Suzuki Motor Corporation,[1]<br><br>               Debtor. | Case No.: 8:12-bk-22808 (SC)<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION REGARDING MOTION OF DEBTOR FOR ORDER (A) PROHIBITING UTLITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE, AND (B) DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES** |

Upon review of the Stipulation Regarding Order On Debtors' Emergency Motion (A) Prohibiting Utilities From Altering, Refusing, Or Discontinuing Service, And (B) Determining Adequate Assurance Of Payment For Future Utility Services (the "**Stipulation**")[2] [Docket No. 237] by and between American Suzuki Motor Corporation, the above-captioned debtor and debtor in possession (the **"Debtor"**), and Southern California Edison Company ("**Edison**" and, together with the Debtor, the "**Parties**"),and it appearing to the Court that the Stipulation is in the best interests of the Debtor's estate and good cause existing for the relief sought in the Stipulation,

---

[1] The last four digits of the Debtor's federal tax identification number are 8739. The Debtor's address is:  3251 East Imperial Highway, Brea, California 92821.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

DOCS_NY:28728.1 12832/002

Main Document    Page 2 of 6

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved in its entirety.

2. Edison shall not be prevented from terminating utility services, consistent with the procedures set forth under applicable state law, regulations and tariffs, if the Debtor becomes delinquent on post-petition utility services and procedures related thereto, and Edison shall not be prohibited from exercising its state law rights, as set forth in applicable state laws, regulations and/or tariffs, to terminate the Debtor's utility service for post-petition payment default or any other lawful reason after the Petition Date, provided that the Debtor retains its right to seek relief from this Court in connection therewith as permitted by applicable law.

3. The Debtor shall provide Edison a cash deposit in the amount of $23,300.00 within twenty-one (21) days after the date of the entry of this Order.

4. Upon receipt of the deposit, Edison shall be deemed to have received adequate assurance of payment in accordance with 11 U.S.C. § 366.

5. The Opposition filed by Edison on November 20, 2012 [Docket No. 173] is withdrawn.

6. The Stipulation and this Order shall govern the rights between the Debtor and Edison notwithstanding anything to the contrary contained in any order of this Court approving the *Motion of Debtor for Order (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, and (B) Determining Adequate Assurance of Payment for Future Utility Services* [Docket No. 18].

DATED: December 5, 2012

_____
United States Bankruptcy Judge

DOCS_NY:28728.1 12832/002

# NOTICE OF ENTERED ORDER AND SERVICE LIST

NOTICE IS GIVEN BY THE COURT THAT A JUDGMENT OR ORDER ENTITLED (*SPECIFY*): *ORDER APPROVING STIPULATION REGARDING MOTION OF DEBTOR FOR ORDER (A) PROHIBITING UTLITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE, AND (B) DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES*
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) **December 5, 2012**, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

☒ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☒ Service information continued on attached page

DOCS_NY:28728.1 12832/002

**1.    BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Jason W Bank    jbank@kerr-russell.com, vmckinnie@kerr-russell.com
- Martin R Barash    mbarash@ktbslaw.com
- Michael J Bujold    Michael.J.Bujold@usdoj.gov
- Frank Cadigan    frank.cadigan@usdoj.gov
- Charles Canter    charles.canter@usdoj.gov
- Linda F Cantor    lcantor@pszjlaw.com, lcantor@pszjlaw.com
- George B Cauthen    george.cauthen@nelsonmullins.com, steve.morrison@nelsonmullins.com;jody.bedenbaugh@nelsonmullins.com;steve.mckelvey@nelsonmullins.com;joan.kishline@nelsonmullins.com
- Wendy Chang    wchang@hinshawlaw.com
- Shirley Cho    scho@pszjlaw.com
- Shawn M Christianson    cmcintire@buchalter.com
- Donald H Cram    dhc@severson.com
- Joseph A Eisenberg    jae@jmbm.com
- Andrew S Elliott    ase@severson.com
- Scott Ewing    contact@omnimgt.com, sewing@omnimgt.com
- William A Frazell    bk-bfrazell@oag.state.tx.us
- Barry V Freeman    bfreeman@jmbm.com, bfreeman@jmbm.com
- Donald L Gaffney    dgaffney@swlaw.com
- Duane M Geck    dmg@severson.com
- Debra I Grassgreen    dgrassgreen@pszyjw.com
- Eric M Heller    eric.m.heller@irscounsel.treas.gov
- Teddy M Kapur    tkapur@pszjlaw.com
- Andy Kong    Kong.Andy@ArentFox.com
- Kristin R Lamar    nclgign@hotmail.com
- Kenneth T Law    ken@bbslaw.com
- John W Lucas    jlucas@pszjlaw.com
- Kerri A Lyman    klyman@irell.com
- Gabriel R Macconaill    gmacconaill@sidley.com
- Laura A Meyerson    laura.meyerson@sce.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- David M Poitras    dpoitras@jmbm.com
- Jeffrey M. Reisner    jreisner@irell.com
- Susan K Seflin    sseflin@wrslawyers.com
- James Stang    jstang@pszjlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Kimberly S Winick    kwinick@clarktrev.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com

**3.     TO BE SERVED BY THE LODGING PARTY**:

| | | |
|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors<br>Jeffrey M. Resiner, Esq.<br>Kerri A. Lyman, Esq.<br>Irell & Manella LLP<br>840 Newport Center Drive<br>Suite 400<br>Newport Beach, CA 92660-6324<br>Email: jreisner@irell.com<br>         klyman@irell.com | Counsel for Suzuki Motor Corporation<br>Klee Tuchin Bogdanoff & Stern LLP<br>Michael L. Tuchin, Lee R. Bogdanoff<br>Martin R. Barash & David A. Fidler<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, CA  90067<br>Email:  mtuchin@ktbslaw.com<br>          lbogdanoff@ktbslaw.com<br>          mbarash@ktbslaw.com<br>          dfidler@ktbslaw.com | Office of the United States Trustee<br>Frank Cadigan<br>Michael J. Bujold<br>411 W Fourth Street, Ste 9041<br>Santa Ana, CA 92701<br>Email:  ustpregion16.sa.ecf@usdoj.gov;<br>          Michael.j.bujold@usdoj.gov |
| Committee Member<br>Siltanen, Inc.<br>dba Siltanen & Partners Advertising<br>Tim Murphy<br>353 Coral Circle<br>El Segundo, CA 90245 | Committee Member<br>Advantage Suzuki LLC<br>James Morrell<br>760 Central Ave.<br>Albany, NY 12206 | Committee Member<br>Ball Automotive Group – Ball Suzuki<br>John Ball<br>1935 National City Blvd.<br>National City, CA 91950 |
| Committee Member<br>Planet Suzuki<br>Helmi Felfel<br>110 Northchase Dr.<br>Charlotte, NC 28213 | Committee Member<br>Royal Suzuki<br>Brad Smith<br>2621 Cedar Lodge Drive<br>Baton Rouge, LA 70809 | Committee Member<br>Suzuki of Wichita East, LLC<br>Scott Pitman<br>11610 E. Kellogg<br>Wichita, KS 97207 |
| Counsel for GE Commercial Distribution Finance and GE Capital Retail Bank<br>Larry J. Nyhan<br>Gabriel MacConaill<br>Sidley Austin LLP<br>1 South Dearborn<br>Chicago, IL 60603<br>Email:  lnyhan@sidley.com<br>          gmacconaill@sidley.com | Committee Member<br>D2K, Inc.<br>dba Suzuki of Huntsville, Shoals Suzuki and Varsity Suzuki<br>c/o Thomas E. Baddley, Jr.<br>850 Shades Creek Parkway<br>Suite 310<br>Birmingham, AL 35209 | Counsel to Nissan Motor Acceptance Corporation<br>Duane M. Geck<br>Andrew S. Elliot<br>Donald H. Cram<br>Severson & Werson, P.C.<br>One Embarcadero Center, 2600<br>San Francisco, CA 94111<br>Fax: 415-956-0439<br>Emil:  dmg@severson.com<br>          ase@severson.com<br>          dhc@severson.com |
| Counsel for American Suzuki Motor Corporation<br>George B. Cauthen, Esq.<br>Nelson Mullins Riley & Scarborough, LLP<br>1320 Main St., 17th Floor<br>P.O. Box 11070<br>Columbia, SC 29201<br>Email:<br>George.cauthen@nelsonmullins.com<br>jody.bedenbaugh@nelsonmullins.com<br>steve.morrison@nelsonmullins.com<br>steve.mckelvey@nelsonmullins.com | Counsel for the Texas Comptroller of Accounts<br>William A. Frazell, Assistant Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>Email:<br>bill.frazell@texasattorneygeneral.gov | Counsel for Classic Suzuki, LLC<br>Wallace Jordan Ratliff & Brandt LLC<br>c/o Stephen P. Leara, Esq<br>PO Box 530910<br>Birmingham, AL 35253<br>Email: sleara@wallacejordan.com<br>          gwlee@wallacejordan.com |

| | | |
|---|---|---|
| Counsel for United Parcel Service, Inc.<br>Lawrence M. Schwab, Esq.<br>Kenneth T. Law, Esq.<br>Bialson Bergen & Schwab<br>A Professional Corporation<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA 94306<br>Email: klaw@bbslaw.com | Counsel for Oracle USA, Inc.<br>Shawn M. Christianson, Esq.<br>Buchalter Nemer<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>Email: schristianson@buchalter.com | Counsel for EPLICA, Inc.<br>Nikhil Chawla, Esq.<br>Kristin Lamar, Esq.<br>New Chapter Law Group<br>2121 Palomar Airport Road, Suite 110<br>Carlsbad, CA 92011<br>Email: attorney@newchapterlaw.com |
| Counsel to Ally Financial<br>Desmond J. Hinds<br>Filomena E. Meyer<br>Hinshaw & Culberton LLP<br>11601 Wilshire Blvd., Ste 800<br>Los Angeles, CA 90025<br>Email: dhinds@hinshawlaw.com<br>        fmeyer@hinshawlaw.com | Counsel to Ally Financial<br>Charles M. Tatelbaum<br>Hinshaw & Culbertson LLP<br>One East Broward Blvd., Ste 1010<br>Ft. Lauderdale, FL 33301<br>Email: ctatelbaum@hinshawlaw.com | Counsel to Ally Financial<br>Esperanza Segarra<br>Hinshaw & Culbertson LLP<br>25254 Ponce de Leon Blvd., 4th Floor<br>Coral Gables, FL 33134<br>Email: esegarra@hinshawlaw.com |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Counsel to Fitzgerald Auto Mall, Inc., Wheaton Motor City, Inc. and Fitzgerald Motors, Inc.<br>ARENT FOX LLP<br>Attn: Andy S. Kong, Esq.<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013<br>Email: kong.andy@arentfox.com | Franchise Tax Board CA<br>Bankruptcy Section, MS: A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| US Attorney General<br>US Dept. of Justice<br>Ben Franklin Station<br>PO Box 683<br>Washington, DC 20044 | Missouri Dept. of Revenue<br>Bankruptcy Unit<br>Attn: Steven A. Ginther<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 | State Board of Equalization<br>Attn: Special Procedures Section<br>PO Box 942879, 450 N. St.<br>Sacramento, CA 95814 |
| Michael G. Wilson<br>One Energy Plaza<br>Jackson, MI 49201 | Tennessee Department of Revenue<br>c/o Tennessee Attorney General's Office, Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207 | Counsel to SunTrust Bank<br>Robert K. Imperial, Esq.<br>Williams Mullen<br>PO Box 1000<br>Raleigh, NC 27602<br>Email: rimperial@williamsmullen.com |