Richard M. Pachulski (CA Bar No. 90073)
James I. Stang (CA Bar No. 94435)
Dean A. Ziehl (CA Bar No. 84529)
Linda F. Cantor (CA Bar No. 153762)
Debra I. Grassgreen (CA Bar No. 169978)
Shirley S. Cho (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  rpachulski@pszjlaw.com
         jstang@pszjlaw.com
         dziehl@pszjlaw.com
         lcantor@pszjlaw.com
         dgrassgreen@pszjlaw.com
         scho@pszjlaw.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>American Suzuki Motor Corporation,[1]<br><br>               Debtor. | Case No. 8:12-bk-22808-SC<br><br>Chapter 11<br><br>**APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE OF MOTION AND MOTION FOR ORDER PURSUANT TO SECTION 365(A) OF THE BANKRUPTCY CODE AUTHORIZING DEBTOR TO REJECT AUTOMOTIVE DEALER AGREEMENT WITH JF ENTERPRISES, LLC, D/B/A JEREMY FRANKLIN'S SUZUKI OF KANSAS CITY AND GRANTING RELATED RELIEF; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF SHIRLEY S. CHO**<br><br>**[Relates to Docket No. 853]**<br><br>[Local Rule 9075-1(b)] |

---

[1] The last four digits of the Debtor's federal tax identification number are (8739). The Debtor's address is: 3251 East Imperial Highway, Brea, CA 92821.

1

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE SCOTT C. CLARKSON, THE DEBTOR'S PREPETITION AND POSTPETITION LENDER, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PARTIES REQUESTING SPECIAL NOTICE, FRANKLIN SUZUKI, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

American Suzuki Motor Corporation, the above-captioned debtor and debtor in possession (the "Debtor") in the above-entitled chapter 11 case, hereby moves this Court under Local Bankruptcy Rule 9075-1(b) (the "Application to Shorten Time") for an order shortening the notice period for the hearing on the *Notice of Motion and Motion for Order Pursuant to Section 365(a) of the Bankruptcy Code Authorizing Debtor to Reject Automotive Dealer Agreement with JF Enterprises, LLC, d/b/a Jeremy Franklin's Suzuki of Kansas City and Granting Related Relief; Memorandum of Points and Authorities; Declaration of M. Freddie Reiss Filed by Debtor American Suzuki Motor Corporation* filed concurrently herewith [Docket No. 853] (the "Motion"). By the Motion, the Debtor seeks to reject the automotive dealership agreement with JF Enterprises, LLC, d/b/a Jeremy Franklin's Suzuki of Kansas City ("Franklin").

The Debtor has filed a motion to estimate Franklin's unliquidated contingent claim [Docket No. 580], which motion is scheduled for February 22, 2013 at 9:30 a.m. pursuant to that scheduling order entered on January 22, 2013 [Docket No. 703]. By this Application to Shorten Time, the Debtor requests that the Court set a hearing on the Motion at the same date and time as the estimation hearing scheduled for February 22, 2013 at 9:30 a.m., and providing that any objections to the Motion, if any, be filed and served by February 19, 2013 at 12:00 p.m. The Debtor submits that if the Debtor had filed the Motion on negative notice under Local Bankruptcy Rule 9013-1, Franklin would have been required to file a response within 14 days or by February 19, 2013 in any event. The Debtor proposes to serve any Order Shortening Time granted pursuant to this Application and the Motion by email and facsimile upon counsel immediately upon entry of the Order Shortening Time.

Given that the parties will already be in attendance at the hearing on February 22, 2013 at 9:30 a.m. and litigating Franklin's contingent claim, the Debtor submits that the interests of judicial economy and efficiency would be served by granting the Application to Shorten Time.

For the reasons stated herein and in the supporting declaration hereto the Debtor submits that this Application to Shorten Time is in the best interests of the estate and should be granted by the Court.

In accordance with Local Rule 9075-1(b), this Application to Shorten Time, filed with a copy of the Motion, will be served contemporaneously, via facsimile, email, or overnight/Express Mail delivery on (1) the Office of the United States Trustee, (2) counsel to the Official Committee of Unsecured Creditors, (3) counsel for Franklin, and (4) parties that file with the Court and serve upon the Debtor requests for notice of all matters in accordance with Bankruptcy Rule 2002(i). The Debtor submits that such notice is sufficient under the circumstances.

**WHEREFORE**, the Debtor respectfully requests that the Court issue and enter the Order filed currently herewith granting the Application to Shorten Time setting the hearing for February 22, 2013 at 9:30 a.m., providing that any objections to the Motion, if any, be filed and served by February 19, 2013 at 12:00 p.m., and providing that any replies be filed by February 21, 2012 at 3:00 p.m.

Dated:  February 4, 2013                    PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ Shirley S. Cho*
Richard M. Pachulski
James I. Stang
Dean A. Ziehl
Linda F. Cantor
Debra I. Grassgreen
Shirley S. Cho

Attorneys for Debtor and Debtor in Possession

3

## **DECLARATION OF SHIRLEY S. CHO**

Shirley S. Cho, being duly sworn, hereby deposes and says:

1. I am an attorney at Pachulski Stang Ziehl & Jones LLP, bankruptcy counsel for American Suzuki Motor Corporation, a corporation organized under the laws of the State of California (the "Debtor"). I submit this declaration (the "Declaration") in support of the above-captioned *Application for Order Shortening Time*.[2]

2. Except as otherwise indicated, all facts set forth in this Declaration are based on my personal knowledge, information supplied by employees under my supervision, or my opinion based on experience, knowledge, and information concerning the operations of the Debtor.

3. The hearing on the *Motion of Debtor for Order Estimating Maximum Allowable Amount of All Claims of JF Enterprises, LLC and Olathes Showcase Cars, Inc. for All Purposes in This Chapter 11 Case* is scheduled for February 22, 2013 at 9:30 a.m. before this Court.

4. For reasons stated herein and in the Application, I believe that shortening the time on the hearing on the Motion is in the best interests of the Debtor's estate and creditors, and other parties in interest and will serve judicial economy as Franklin and all other parties in interest will already be in attendance at the hearing on February 22, 2013.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of February 2013 at Los Angeles, California.

*Shirley S. Cho*
Shirley S. Cho

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:   10100 Santa Monica Blvd., Ste. 1300, Los Angeles, CA  90067
**APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE OF MOTION AND MOTION FOR ORDER PURSUANT TO SECTION 365(A) OF THE BANKRUPTCY CODE AUTHORIZING DEBTOR TO REJECT AUTOMOTIVE DEALER AGREEMENT WITH JF ENTERPRISES, LLC, D/B/A JEREMY FRANKLIN'S SUZUKI OF KANSAS CITY AND GRANTING RELATED RELIEF; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF SHIRLEY S. CHO** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On (*date*) **February 4, 2013**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 4, 2013**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Counsel for J.F. Enterprises<br>Barry E. Bressler<br>Schnader<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103-7286 | Jeremy Franklin<br>Managing Member<br>JF Enterprises, LLC<br>dba Jeremy Franklin's<br>Suzuki of Kansas City<br>6300 East 87th St.<br>Kansas City, MO  64138-2727 | Hector Espinosa, Member<br>3015 Crystal Aire Ct.<br>Grain Valley, MO  64029 |

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 4, 2013**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Overnight Mail**
The Honorable Scott C. Clarkson
U.S. Bankruptcy Court
411 West Fourth Street, Courtroom 5C
Santa Ana, CA  92701-4593        ☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 4, 2013 | Sophia L. Lee | /s/Sophia L. Lee |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:263096.12 12832/002

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Allison R Axenrod for Cred Claims Recovery Group LLC
  allison@claimsrecoveryllc.com
- Jason W Bank for Int Pty Courtesy NEF
  jbank@kerr-russell.com, vmckinnie@kerr-russell.com
- Martin R Barash for Cred Suzuki Motor Corporation
  mbarash@ktbslaw.com
- Yelena Bederman for Other Professional Rust Consulting Omni Bankruptcy, a Division of Rust Consulting, Inc.
  ybederman@omnimgt.com
- Michael J Bujold for U.S. Trustee United States Trustee (SA)
  Michael.J.Bujold@usdoj.gov
- Frank Cadigan for U.S. Trustee United States Trustee (SA)
  frank.cadigan@usdoj.gov
- Charles Canter for Cred United States of America
  charles.canter@usdoj.gov
- Linda F Cantor for Debtor American Suzuki Motor Corporation
  lcantor@pszjlaw.com, lcantor@pszjlaw.com
- George B Cauthen for Debtor American Suzuki Motor Corp
  george.cauthen@nelsonmullins.com, steve.morrison@nelsonmullins.com;jody.bedenbaugh@nelsonmullins.com;steve.mckelvey@nelsonmullins.com;joan.kishline@nelsonmullins.com
- Wendy Chang for Cred Ally Financial Inc.
  wchang@hinshawlaw.com
- Shirley Cho for Debtor American Suzuki Motor Corporation
  scho@pszjlaw.com
- Shawn M Christianson for Int Pty Courtesy NEF
  cmcintire@buchalter.com
- Kristin Corbett
  kcorbett@omnimgt.com
- Donald H Cram for Cred Nissan Motor Acceptance Corp
  dhc@severson.com
- Joseph A Eisenberg for Cred Dealer's Network
  jae@jmbm.com
- Andrew S Elliott for Cred Nissan Motor Acceptance Corp
  ase@severson.com
- Scott Ewing for Int Pty Courtesy NEF
  contact@omnimgt.com, sewing@omnimgt.com;katie@omnimgt.com
- William A Frazell for Cred Texas Comptroller of Public Accts
  bk-bfrazell@oag.state.tx.us
- Barry V Freeman for Int Pty Courtesy NEF
  bfreeman@jmbm.com, bfreeman@jmbm.com
- Donald L Gaffney for Int Pty Courtesy NEF
  dgaffney@swlaw.com
- Amir Gamliel for Cred Shizouka Bank, Ltd.
  agamliel@perkinscoie.com, cmallahi@perkinscoie.com
- Duane M Geck for Cred Nissan Motor Acceptance Corp
  dmg@severson.com
- Michael I Goldberg for Cred Sonar Credit Partners II, LLC
  info@sonarcredit.com
- Debra I Grassgreen for Debtor American Suzuki Motor Corp
  dgrassgreen@pszyjw.com
- Eric M Heller for Int Pty Courtesy NEF
  eric.m.heller@irscounsel.treas.gov
- Desmond J Hinds for Cred Ally Financial Inc.
  dhinds@hinshawlaw.com, mpotter@hinshawlaw.com
- Jeffrey A Hokanson for Int Pty Courtesy NEF
  jhokanson@fbtlaw.com, tschneider@fbtlaw.com
- Teddy M Kapur for Debtor American Suzuki Motor Corp
  tkapur@pszjlaw.com
- Andy Kong for Cred Fitzgerald Auto Mall, Inc.
  Kong.Andy@ArentFox.com
- Kristin R Lamar for Cred Eplica, Inc.
  nclgign@hotmail.com
- Kenneth T Law for Cred United Parcel Service Inc
  ken@bbslaw.com
- John W Lucas for Debtor American Suzuki Motor Corp
  jlucas@pszjlaw.com
- Kerri A Lyman for Attorney Irell & Manella
  klyman@irell.com
- Gabriel R Macconaill for Cred GE Capital Retail Bank
  gmacconaill@sidley.com
- Michael P McMahon for Cred Committee OCUC
  mmcmahon@irell.com, mick.p.mcmahon@gmail.com
- Laura A Meyerson for Cred So Cal Edison Company
  laura.meyerson@sce.com
- Mike D Neue for Cred D2K, Inc.
  mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;nlockwood@thelobelfirm.com
- Valerie B Peo for Cred JF Enterprises, LLC, dba Jeremy Franklin's Suzuki of Kansas City
  vpeo@schnader.com, mpadilla@schnader.com
- David M Poitras for Int Pty Courtesy NEF
  dpoitras@jmbm.com
- Robert S Prince for Cred Ogio International, Inc.
  rprince@kmclaw.com, squilter@kmclaw.com
- Jeffrey M. Reisner for Cred Committee OCUC
  jreisner@irell.com
- Stuart M Richter for Int Pty Courtesy NEF
  stuart.richter@kattenlaw.com, victoria.boyd@kattenlaw.com,ecf.lax.docket@kattenlaw.com
- James S Riley for Cred Sierra Liquidity Fund, LLC
  tgarza@sierrafunds.com
- Susan K Seflin for Cred Classic Suzuki, LLC
  sseflin@wrslawyers.com
- Esperanza Segarra for Cred Ally Financial Inc.
  esegarra@hinshawlaw.com, swechsler@hinshawlaw.com
- Alan D Smith for Cred Shizouka Bank, Ltd.
  adsmith@perkinscoie.com
- James Stang for Debtor American Suzuki Motor Corp
  jstang@pszjlaw.com
- Howard Steinberg for Int Pty South Motors Suzuki, Inc.
  steinbergh@gtlaw.com, arosc@gtlaw.com
- Charles M Tatelbaum for Cred Ally Financial Inc.
  ctatelbaum@hinshawlaw.com, csmith@hinshawlaw.com
- United States Trustee (SA)
  ustpregion16.sa.ecf@usdoj.gov
- Elizabeth Weller for Cred Dallas County
  dallas.bankruptcy@publicans.com
- Kimberly S Winick for Cred Software Management
  kwinick@clarktrev.com
- Dean A Ziehl for Debtor American Suzuki Motor Corp
  dziehl@pszjlaw.com, dziehl@pszjlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                             **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:263096.12 12832/002

3. **SERVED BY UNITED STATES MAIL:**

| | | |
|---|---|---|
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Securities & Exchange Commission<br>5670 Wilshire Blvd., 1th Floor<br>Los Angeles, CA 90036 |
| State Board of Equalization<br>Attn: Special Procedures Section<br>PO Box 942879, 450 N. St.<br>Sacramento, CA 95814 | US Attorney General<br>US Dept. of Justice<br>Ben Franklin Station<br>PO Box 683<br>Washington, DC 20044 | Franchise Tax Board CA<br>Bankruptcy Section, MS: A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Michael G. Wilson<br>One Energy Plaza<br>Jackson, MI 49201 | Missouri Dept. of Revenue<br>Bankruptcy Unit<br>Attn: Steven A. Ginther<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 | Tennessee Department of Revenue<br>c/o Tennessee Attorney General's Office,<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207 |

**SERVED BY EMAIL:**

| | | |
|---|---|---|
| Counsel for Suzuki Motor Corporation<br>Klee Tuchin Bogdanoff & Stern LLP<br>Michael L. Tuchin, Lee R. Bogdanoff<br>Martin R. Barash & David A. Fidler<br>Email:  mtuchin@ktbslaw.com<br>         lbogdanoff@ktbslaw.com<br>         mbarash@ktbslaw.com<br>         dfidler@ktbslaw.com | Office of the United States Trustee<br>Frank Cadigan<br>Michael J. Bujold<br>Email:  ustpregion16.sa.ecf@usdoj.gov;<br>         Michael.j.bujold@usdoj.gov | Counsel to the Official Committee of Unsecured Creditors<br>Jeffrey M. Resiner, Esq., Kerri A. Lyman, Esq., Alan J. Friedman, Michael P. McMahon, Irell & Manella LLP<br>Email:  jreisner@irell.com<br>         klyman@irell.com<br>         afriedman@irell.com<br>         mmcmahon@irell.com |
| Counsel for the Texas Comptroller of Accounts<br>William A. Frazell, Assistant Attorney<br>Email:<br>bill.frazell@texasattorneygeneral.gov | Counsel to Nissan Motor Acceptance Corporation<br>Duane M. Geck, Andrew S. Elliot, Donald H. Cram<br>Severson & Werson, P.C.<br>Email:  dmg@severson.com<br>         ase@severson.com<br>         dhc@severson.com | Counsel for GE Commercial Distribution Finance and GE Capital Retail Bank<br>Larry J. Nyhan<br>Gabriel MacConaill<br>Email:  lnyhan@sidley.com<br>         gmacconaill@sidley.com |
| Counsel for Oracle USA, Inc.<br>Shawn M. Christianson, Esq.<br>Buchalter Nemer<br>Email: schristianson@buchalter.com | Counsel for Classic Suzuki, LLC<br>Wallace Jordan Ratliff & Brandt LLC<br>c/o Stephen P. Leara, Esq<br>Email:  sleara@wallacejordan.com<br>         gwlee@wallacejordan.com | Counsel for American Suzuki Motor Corporation<br>George B. Cauthen, Esq.<br>Nelson Mullins Riley & Scarborough, LLP<br>Email:<br>George.cauthen@nelsonmullins.com<br>jody.bedenbaugh@nelsonmullins.com<br>steve.morrison@nelsonmullins.com<br>steve.mckelvey@nelsonmullins.com |
| Attorneys for Ogio International, Inc.<br>Kirton McConkie<br>Robert S. Prince<br>Christopher S. Hill<br>rprince@kmclaw.com<br>chill@kmclaw.com | Counsel for EPLICA, Inc.<br>Nikhil Chawla, Esq.<br>Kristin Lamar, Esq.<br>New Chapter Law Group<br>Email:  attorney@newchapterlaw.com | Counsel for United Parcel Service, Inc.<br>Lawrence M. Schwab, Esq.<br>Kenneth T. Law, Esq.<br>Bialson Bergen & Schwab<br>Email:  klaw@bbslaw.com |
| Counsel to Fitzgerald Auto Mall, Inc., Wheaton Motor City, Inc. and Fitzgerald Motors, Inc.<br>ARENT FOX LLP<br>Attn: Andy S. Kong, Esq.<br>Email: kong.andy@arentfox.com | Counsel to SunTrust Bank<br>Robert K. Imperial, Esq.<br>Williams Mullen<br>Email:  rimperial@williamsmullen.com | Counsel to Ally Financial<br>Desmond J. Hinds<br>Filomena E. Meyer<br>Charles M. Tatelbaum<br>Hinshaw & Culberton LLP<br>Email:  dhinds@hinshawlaw.com<br>         fmeyer@hinshawlaw.com<br>         ctatelbaum@hinshawlaw.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:263096.12 12832/002